UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. No. 25-I-19 |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| CHRISTOPHER LOCKETT, ) | |
| ) | |
| Defendant. ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about January 29, 2025, in the Western District of Tennessee, the defendant,

**CHRISTOPHER LOCKETT**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock .40 caliber pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: October 8, 2025

_Joe Murphy_
JOSEPH C. MURPHY, JR.
INTERIM UNITED STATES ATTORNEY

*[RECEIVED OCT 08 2025 — Wendy R. Oliver, Clerk, U.S. District Court, W.D. OF TN, Memphis]*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER LOCKETT, ) <br> ) <br> Defendant. ) | CR. No. _____ <br><br> 18 U.S.C. § 922(g)(1) |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 15 yrs. imprisonment, nmt $250,000 fine, or both; nmt a 3 yr. period of supervised release; and a special assessment of $100; see 18 U.S.C. § 3013 (a)].